AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:48
RECEIVED AUG 1 '24

United States of America
v.
Gregory Clark

Defendant

)
) Case: 1:24-cr-00351
) Assigned To : Judge Ana C. Reyes
) Assign. Date : 08/01/2024
) Description: Indictment (B)
) Related Case: 23-cr-403/23-cr-412/23-cr-413/24-cr-337 (ACR)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gregory Clark
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud)
18 U.S.C. § 1347 (Health Care Fraud)

Date: 08/01/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/01/2024, and the person was arrested on *(date)* 08/07/2024
at *(city and state)* Washington, DC

Date: 08/07/24

*Arresting officer's signature*

SAMUEL HERRERA   SPECIAL AGENT
*Printed name and title*